UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

State of New Hampshire

misc 07-41S DLM

v.

Civil No. 07-cv-80

ExxonMobil Corporation, et al.

**ORDER**

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

May 2, 2007

cc: Clerk, USDC, Rhode Island
Jennifer J. Patterson, Esq.

**Concurring Order**

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ____________ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

____________________________
Chief Judge, Assignee District

Date: ______________________

cc: Jennifer J. Patterson, Esq.